# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 30, 2015

#17061-280
Mr. Sergio Oliveros-Martinez
FCI Fort Worth Unit
3150 Horton Road, P.O. Box 15330
Fort Worth, TX 76119-0000

   No. 14-50204    USA v. Sergio Oliveros-Martinez
                   USDC No. 4:13-CR-388-5

Dear Mr. Oliveros-Martinez,

Your court-appointed attorney has moved to withdraw as your counsel in the above case.

Under Anders v. California, 386 U.S. 738, (1967), you have the right to respond to your counsel's motion raising any points you choose showing why your appeal has merit and why the court should consider your case. You should state the facts and legal authorities why you think your conviction should be reversed. You have 30 days to respond. Your response may not exceed 30 pages. You need to send us 1 copy and an additional copy should be served on the United States Attorney.

If you do not file a response within 30 days, the court will review counsel's brief and decide whether the appeal is frivolous. If you want your case dismissed, please inform the court of this immediately.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

cc:   Mr. Joseph H. Gay Jr.
      Mr. Evers Jason Leach